IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND,
NORTHERN DIVISION

| | | |
|---|---|---|
| **Phillips Seafood Restaurants, Inc.** | * | Case No.: MJG 02-1251 |
| **Plaintiff,** | * | |
| v. | * | |
| **General Star Indemnity Company** | * | |
| **Defendant.** | * | |

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

## CONSENT ORDER AMENDING SCHEDULING ORDER

Counsel for the parties having reached agreement to amend the discovery deadlines in the Scheduling Order dated April 18, 2002, it is this 15th day of July, 2002, by the United States District Court for the District of Maryland, Northern Division,

ORDERED that Scheduling Order dated April 18, 2002 is amended as follows:

I.   DEADLINES

| | |
|---|---|
| Defendant's Rule 26(a)(2) disclosures re experts | September 1, 2002 |
| Plaintiff's rebuttal Rule 26(a)(2) disclosures re experts | September 14, 2002 |
| Rule 26(e)(2) supplementation on disclosures and responses | September 28, 2002 |
| Discovery deadline; Submission of status report | November 1, 2002 |
| Dispositive pretrial motions deadline | November 14, 2002 |

_____
Marvin J. Garbis
United States District Court

APPROVED AS TO FORM AND CONTENT:

_____
John H. Zink, III, Esquire
Jennifer M. Horn, Esquire
Venable, Baetjer and Howard, LLP
210 Allegheny Avenue
Towson, Maryland 21285
Attorneys for Plaintiff

_____
Linda S. Woolf, Esquire
Adam T. Sampson
Goodell, DeVries, Leech & Dann, LLP
One South Street, 20th Floor
Baltimore, Maryland 21202
Attorneys for Defendant