IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

FILED
U.S. DISTRICT COURT
DISTRICT OF MARYLAND
2002 AUG 30 P 3: 02

AT BALTIMORE
_____ DEPUTY

| | | |
|---|---|---|
| PHILLIPS SEAFOOD RESTAURANTS, INC. | * | |
| Plaintiff | * | |
| v. | * | CIVIL ACTION NO. MJG 02 CV1251 |
| GENERAL STAR INDEMNITY COMPANY | * | |
| Defendant | * | |

\* \* \* \* \* \* \* \* \*

### ORDER  *unopposed*

Upon consideration of Plaintiff Phillips Seafood Restaurants, Inc.'s Motion for Leave to Amend Complaint it is, on this *30th* day of *August*, 2002, by the United States District Court for the District of Maryland, it is hereby

ORDERED that the Motion for Leave to Amend Complaint is hereby GRANTED.

_____
JUDGE

