IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND,
NORTHERN DIVISION

| | | |
|---|---|---|
| Phillips Seafood Restaurants, Inc. | * | |
| Plaintiff, | * | |
| v. | * | Case No.: MJG 02-1251 |
| General Star Indemnity Company | * | |
| Defendant. | * | |

\* \* \* \* \* \* \* \* \* \* \*

## STIPULATION OF DISMISSAL WITH PREJUDICE

Plaintiff, Phillips Seafood Restaurants, Inc. ("Phillips"), and Defendant, General Star Indemnity Company ("General Star"), by their respective undersigned counsel, pursuant to Federal Rule of Civil Procedure 41(a) hereby stipulate to the voluntary dismissal with prejudice of the above-referenced matter.

_____
John H. Zink, III, Esquire
Jennifer M. Horn, Esquire
Venable, Baetjer and Howard, LLP
210 Allegheny Avenue
Towson, Maryland 21285
(410) 494-6200
Attorneys for Plaintiff
*Phillips Seafood Restaurants, Inc.*

_____
Linda S. Woolf, Esquire
Adam T. Sampson, Esquire
Goodell, DeVries, Leech & Dann, LLP
One South Street, 20th Floor
Baltimore, Maryland 21202
(410) 783-4000
Attorneys for Defendant
*General Star Indemnity Company*

492098